# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

ROBERT HOLLAND, )
                               )
      Plaintiff, )
                               )   C.A. No. N10C-10-175 CLS
          v. )
                               )
TOTAL CONSTRUCTION, )
INC., LANDREW )
FLOORING, INC., and )
ARMAND CAPALDI, T/A, )
FUSION FLOORS, INC. )
and/or FUSION FLOORING, )
INC., )
                               )
      Defendants. )

## ORDER

On this 14th Day of August and upon Plaintiff's Motion for Leave to Amend the Complaint, it appears to the Court that:

On June 19, 2014, Plaintiff Robert Holand ("Plaintiff") moved to amend his Complaint in order to correct the spelling of his name and to assert claims of direct negligence. On July 29, 2014, Plaintiff's counsel informed the Court that, due to a settlement reached with defendants Total Construction, Inc. and Landrew Flooring, Inc., Plaintiff only seeks to correct his name because the other issue is now rendered moot.[1] Based on this letter, Plaintiff's motion is **GRANTED** so that he may correct his name.

**IT IS SO ORDERED.**

*/s/ Calvin L. Scott*

**Judge Calvin L. Scott, Jr.**

---

[1] Trans. ID. 55800996.